IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| N.A. WATER SYSTEMS, LLC<br>*by and through its successor by merger*<br>VEOLIA WATER SOLUTIONS AND<br>TECHNOLOGIES NORTH AMERICA<br>INC.,<br>    Plaintiff,<br><br>    v.<br><br>ALLSTATES WORLDCARGO, INC;<br>SOLORI FORWARDING S.A. DE C.V.;<br>CM NEGOCIOS INTERNACIONALES<br>S. DE R.L. DE CV; SCHNEIDER<br>ELECTRIC USA, INC.<br>    Defendants. | Case No: 2:13-cv-1507<br><br>Chief United States District Judge<br>Joy Flowers Conti<br><br>United States Magistrate Judge<br>Cynthia Reed Eddy |

**ORDER**

**AND NOW,** this 26th day of September, 2014, it is hereby **ORDERED, ADJUDGED AND DECREED** that for the reasons set forth in the accompanying memorandum opinion, Defendant Allstates' Motion to Dismiss (ECF No. 5) is **DENIED**.

It is further **ORDERED** that the Report and Recommendation (ECF No. 28) dated April 1, 2014 is not adopted by the Court.

It is further **ORDERED** that Defendant Allstates shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4)(A).

It is further **ORDERED** that this matter is remanded back to the magistrate judge for all further pretrial proceedings.

BY THE COURT:

/s/ JOY FLOWERS CONTI
Joy Flowers Conti
Chief, United States District Judge